**URGENT – EMERGENCY LIFE INSURANCE MATTER**

Please Deliver to the Court

United States Courts
Southern District of Texas
FILED

FEB 20 2026

Nathan Ochsner, Clerk of Court

Case No.: 4:25-cv-01133

From:

Hector Alonso Gastelum

13903 Alex Landing Dr.

Houston, TX 77044

Email: hesinal@gmail.com

Phone: (281) 675-5498

Supporting Documents Attached:

1. Attorney Withdrawal Notice – Shawn Brian Williamson

2. State Bar of Texas Complaint

Date: February 20, 2026

To the Honorable David Hittner

United States District Court

Southern District of Texas

515 Rusk Street

Houston, TX 77002

Re: Emergency Request for Court Guidance – Life Insurance Matter

Dear Judge Hittner:

My name is Hector Alonso Gastelum. I am a widower and the sole caregiver for my two minor children, who are seven years old. I respectfully submit this letter to request guidance from the Court regarding an urgent life insurance matter following the death of my wife, Karen Elizabeth Gastelum, on January 7, 2025.

I recently discovered that the beneficiary designation on my late wife's life insurance policy was changed without my knowledge shortly before her passing. I believe this change was made by a third party while my wife was seriously ill. Due to my disability—I am Deaf and communicate primarily through American Sign Language—I was not aware of conversations or actions taken regarding this policy at that time.

I retained legal counsel to represent me in this matter; however, my attorney failed to appear for a scheduled court proceeding and later withdrew from representation without providing notice or explanation to me. I have since filed a complaint with the State Bar of Texas, which remains under review. At this time, I have been unable to secure new legal counsel.

I am deeply concerned about the financial security and well-being of my minor children. I understand that the next court date is scheduled for June 2026, and the delay has placed my family in significant hardship and uncertainty. As a self-represented litigant with a disability, I am respectfully requesting the Court's guidance on how I may properly proceed in this matter.

I am prepared to provide any additional documentation the Court may require and to appear as directed. I sincerely appreciate the Court's time, consideration, and any assistance it can provide under these circumstances.

Thank you for your attention to this urgent matter.

Respectfully submitted,

*/s/ Hector Alonso Gastelum/*

Hector Alonso Gastelum

# M Gmail

Alonso Gastelum <hesinal@gmail.com>

## From Shawn Williamson
2 messages

**Shawn Williamson** <Shawn@texprobatelaw.com>  Fri, Jan 16, 2026 at 11:03 AM
To: "hesinal@gmail.com" <hesinal@gmail.com>

Hector,

I got an email from the attorney client reconnection group here in Texas. I guess you weren't aware that I no longer work at Texas probate attorney. I've had to take a step back for health reasons and throttle my practice a bit.

The firm should have contacted you at some point. There was a guy named Collin that had taken over your place and it started to communicate with the opposing counsel.

You should try to reach out to them and see if they can continue your case. I really don't have the ability to take any more cases at this point personally, as I'm am slowing down my practice from a bulk docket.

You can always text me too. 832-270-4146. That's the same number I used to have if you still have it saved.

If you need referrals for somebody that can help help you and transfer over to. I'm happy to give you names of people who are inexpensive and easy to work with.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

**Alonso Gastelum** <hesinal@gmail.com>  Fri, Jan 16, 2026 at 11:06 AM
To: Yancey Gastelum <lovesdiamondz@aol.com>

[Quoted text hidden]

 Gmail                                      Alonso Gastelum <hesinal@gmail.com>

## Estate of Karen Gastelum - Update

**Kayla Brake** <kayla@texasprobateattorney.com>                Tue, Jan 20, 2026 at 4:35 PM
To: Alonso Gastelum <hesinal@gmail.com>
Cc: Collin Bullard <collin@texasprobateattorney.com>, Stacy Kelly <stacy@texasprobateattorney.com>

Good afternoon, Mr. Gastelum,

Please be advised that Shawn Williamson is no longer with our law firm. At this time, our firm is not in a position to take over or continue representation for your matter, and it is uncertain whether Shawn has continued representing you. Shawn's new email address is **Shawn@texprobatelaw.com**.

Best regards,



EST. 2001
**TEXAS PROBATE ATTORNEY** PLLC

**Kayla Brake**
Paralegal
📞 (713) 297-0700 x107
📠 (682) 428-8137

📍 24 Greenway Plaza, Suite 1825, Houston, TX 77046

✉ kayla@texasprobateattorney.com

🌐 TexasProbateAttorney.com

The information contained in this message and all attachments is confidential and/or proprietary and may be protected by the attorney-client or other privileges. Any review, use, disclosure, or distribution by persons other than the intended recipient is prohibited and may be unlawful. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission or calling Texas Probate Attorney, PLLC at (817) 383-5100 and delete this message in its entirety and any copy of it (in any form) without disclosing it. Unless expressly stated otherwise, nothing contained in this electronic communication should be construed as a digital or electronic signature.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

<u>**Sent Via Email:** *hesinal@gmail.com*</u>

February 18, 2026

Hector A. Gastelum
13903 Alex Landing Drive
Humble, Texas 77396

Re: 202600804 - Hector A. Gastelum - Shawn B. Williamson

Dear Hector A. Gastelum:

Pursuant to Rule 2.10 of the Texas Rules of Disciplinary Procedure, the Office of Chief Disciplinary Counsel of the State Bar of Texas has reviewed the above-referenced grievance and determined that the information provided alleges Professional Misconduct or a Disability, or both. Additionally, we have determined that the person filing the grievance satisfies the requirements of Rule 1.06G of the Texas Rules of Disciplinary Procedure.

The lawyer ("Respondent") will be provided a copy of your Complaint and directed to deliver a response to the Office of the Chief Disciplinary Counsel, and to you, within **thirty (30) days** of receiving notice of the Complaint. **Please be advised that pursuant to Rule 2.10B of the Texas Rules of Disciplinary Procedure, within thirty (30) days of receipt of notice of the Complaint, Respondent may appeal the classification determination to the Board of Disciplinary Appeals. If Respondent files an appeal, you will receive written notification from the Board of Disciplinary Appeals. In such event, the deadline for Respondent to deliver a response to the Complaint will be stayed pending a decision on the appeal.**

Should the Board of Disciplinary Appeals reverse the classification determination, your Complaint will be dismissed as an Inquiry. If the Board of Disciplinary Appeals affirms the classification determination, Respondent will be required to deliver a response to the Complaint to the Office of Chief Disciplinary Counsel, and to you, within **thirty (30) days** from receipt of the Notice of Affirmance from the Board of Disciplinary Appeals.

After receipt of Respondent's written response, the Office of Chief Disciplinary Counsel shall investigate the Complaint to determine whether there is Just Cause to believe that the lawyer has committed Professional Misconduct or suffers from a Disability. During this time, it is important that you keep us informed of any changes to your address, telephone number, or employment, and that you cooperate fully with our investigation. You will be notified in writing of further proceedings in this matter.

**4801 Woodway Drive, Suite 315-W Houston, Texas 77056**
**Phone: 713-758-8200 Fax: 713-758-8254**

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.

Sincerely,

John S. Brannon
Assistant Disciplinary Counsel

JSB/vr

cc:   Shawn B. Williamson